[No. 6889–1.   Division One.   July 30, 1979.]

JAMES ARTHUR ATWOOD, *Respondent,* v. THE DEPART-
MENT OF MOTOR VEHICLES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 827694, William C. Goodloe, J., entered August
2, 1978. *Reversed* by unpublished opinion per Andersen, J.,
concurred in by Dore and Ringold, JJ.

[No. 6861–1.   Division One.   July 30, 1979.]

*In the Matter of the Welfare of*
MICHAEL SHAWN REUBEN.

Appeal from a judgment of the Superior Court for King
County, No. J–83193, Norman W. Quinn, J., entered July
19 and August 1, 1978. *Affirmed* by unpublished opinion
per Ringold, J., concurred in by Williams and Andersen, JJ.

[No. 2880–3.   Division Three.   July 31, 1979.]

WARD CHESLEY, ET AL, *Respondents,* v. ROBERT
L. ROTHSCHILLER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Okanogan County, No. 21887, B. E. Kohls, J., entered
March 27, 1978. *Reversed with instructions* by unpublished
opinion per Green, C.J., concurred in by McInturff and
Roe, JJ.

[No. 3012–3.   Division Three.   July 31, 1979.]

L. R. STANLEY CONSTRUCTION CO., INC., *Respondent,* v.
E. M. GOSTOVICH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 60190, Blaine Hopp, Jr., J., entered
July 12, 1978. *Reversed* by unpublished opinion per
McInturff, J., concurred in by Green, C.J., and Munson J.